Case 5:25-cv-00898-UA     Document 1     Filed 04/11/25     Page 1 of 9     Page ID #:1

>                                          Lionel Castaneda Jr.
>                                          24675 Via Vista Road
>                                  Apple Valley, California 92307

## Suit at Common-Law
## With Common-Law Jury Demand

Lionel Castaneda Jr.

Versus

Josie Gonzales

ED CV 25 - 00898

Case Number: _____

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

### 1. Parties and Capacity of

Lionel Castaneda Jr., the aggrieved bringing this suit at common-law who is of the people, with private and inalienable rights, and not bound by commercial, statutory, or legal authority.

Josie Gonzales, the alleged causer of the grievance(s) named in this suit at common-law who is of the people, with private and inalienable rights, who serves as a public official being bound by the office held to commercial, statutory, and/or legal authority.

### 2. Introduction to Claim and Background

This Suit at Common-Law is brought against Josie Gonzales in their capacity as one of the people, bearing unlimited liability and without protections under qualified immunity, for making a determination of law that my legibly-tendered document(s) and supporting document(s) were not sufficient for recording.

The actions of Josie Gonzales have established, under the standard of reasonable-articulable suspicion, the triable allegations of breach of duty, breach of sworn oath, unlawful adjudication, violation of due process, concealing evidence, maintaining false documents, and failure to uphold the law, resulting in the violation of my protections under the Bill of Rights and constitution, and the causing of undue harm and detriment to me.

### 3. Facts

On October 30, 2024, I entered the recorder's office for and within San Bernardino County, California, to record a Release of Mortgage designed to release a lien, along with supporting affidavit(s) attesting to the lawful enactment of said document to be recorded.

Upon entering said Recorder's Office, I was met by Josie Gonzales, who received my document(s).

Josie Gonzales refused to record my document(s).

### 4. Establishment of Allegations

The people within the recorder's office are tasked with the filing, recording, and safekeeping of all legible documents being tendered.

The people within the recorder's office have a mandatory ministerial duty, bound by oath under the penalty of law, to perform the prescribed duty(s) at all times, lawfully, impartially, and without a showing of bias, partiality, or regard of persons.

The people within the recorder's office are not authorized or empowered to be the trier of facts, adjudicate a matter, interpret law, make determinations of law, render conclusions of law, and/or deem legibly-tendered document(s) or supporting document(s) insufficient for recording.

Accordingly, upon consideration of the herein-above facts, by refusing to record my document(s), Josie Gonzales has established, under the standard of reasonable-articulable suspicion, the triable allegations of:

**Unlawful Adjudication** by knowingly setting aside material facts and making an unauthorized contrary determination of law regarding applicable authorities, and relying on said determination to reach a conclusion of law that my document(s) and supporting affidavit(s) were not sufficient for recording.

**Violation of Due Process** by knowingly making an unauthorized determination of law to deny the recording of my document(s), thereby disavowing the supporting affidavit(s) evidencing the lawful due process employed when enacting my document(s) and impeding the lawful force and effect thereof.

**Concealing Evidence** by knowingly making an unauthorized determination of law to deny the recording of my document(s) and supporting document(s), thereby concealing evidence from the record that establishes the lawful enactment thereof.

**Breach of Duty** by knowingly failing to record a document that was tendered in legible form, with supporting affidavit(s) attesting to the lawful due process employed for the enactment of said document(s).

**Breach of Oath** by knowingly failing to execute the prescribed duties in honor of the terms of a sworn declaration administered under oath, in direct contrast to the solemn vow to uphold the constitution, inclusive of the protections of all people as enumerated in the Bill of Rights.

**Deprivation of Rights Under Official Title** by using the recorder's office in an official capacity to knowingly perform acts outside the scope and authority thereof, resulting in rights violations and undue detriment caused by the rejection of my lawfully-enacted document(s).

**Abuse of Authority** by expanding one's authority within the recorder's office to knowingly carry out unlawful conduct, resulting in rights violations and undue detriment caused by the rejection of my lawfully-enacted document(s).

**Official Misconduct** by using the recorder's office in an official capacity to knowingly carry out unlawful conduct, resulting in rights violations and undue detriment caused by the rejection of my lawfully-enacted document(s).

**Maintaining False Public Documents** by making an unauthorized determination of law to deny the recording of my document(s) and supporting document(s), resulting in the continued maintenance of public records regarding my property that, by lawful due process, are shown to be false.

**Defrauding the Public Record** by making an unauthorized determination of law to deny the recording of my document(s) and supporting document(s), resulting in the continued maintenance of inaccurate records regarding my property.

## 5. Conclusion

The recorder's office has a mandatory ministerial duty to record and memorialize legible documents tendered by the people without bias, partiality, snap determinations of law, cherry-picking of applicable authorities, or expanding the scope of its authority.

The people within the recorder's office may not serve as triers of fact to make conclusions of law, nor are they empowered to be the goalie or gatekeeper of any party who may be adversely affected by the recorded document(s). Should a recorded document be alleged to have caused undue harm to anyone, the aggrieved party may seek redress on his or her own merit.

As such, under the standard of reasonable-articulable suspicion the allegations of unlawful conduct, violation of private rights, and others enumerated herein, are properly established against Josie Gonzales.

Accordingly, Josie Gonzales is afforded no qualified immunity, as such immunity only serves to shield a "Public Official" who engages in conduct that is qualified by the scope and authority of the office being held.

The conduct in question and the allegations established under the standard of reasonable articulable suspicion are lodged against Josie Gonzales, who is of the people, bearing unlimited liability, and without protections under qualified immunity.

WHEREFORE, the allegations against Josie Gonzales are established as being triable before a jury that will render a decision upon the finding of facts.

## 6. Declaration of Authority to Bring this Claim

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to affect their Safety and Happiness.* **(Declaration of Independence -July 4, 1776)**.

LET IT BE KNOWN, that Josie Gonzales is operating as a government official whose conduct is alleged to be "destructive" to the rights of the people.

As such, the bringing forth of this suit at common-law will serve as the lawful commencement of abolishing the ability of Josie Gonzales to occupy any public office and continue the abuse of authority.

## 7. Jury Demand

As the members of a common-law jury will respectively bear the cost of their decisions, they form the only body in this nation that can administer pure, blind, equal, and unadulterated justice.

WHEREFORE, demand is hereby made for this claim to be judged by a jury in accordance with the 7th Amendment to the Bill of Rights, and no waiver of jury trial will be given by me or inferred by the court on my behalf from acquiescence, unconscionable acts, omission, and the like.

## 8. Advisory of Non-Consent

Our courts have a documented history of resisting suits at common-law, beginning with the clerk of court who, upon receipt of said suit, will present a CIVIL COMPLAINT form with a verbal directive to fill out said form. As no other options are presented by the clerk, one is persuaded to fill out said CIVIL COMPLAINT form, thereby creating the perception of consent for labeling the suit at common-law as a Civil Action and moving said suit under administrative jurisdiction. Subsequently, the court invokes its perceived authority to entertain pretrial magistrate reports and motion(s) to dismiss, all of which hinge on the Federal Rules of Civil Procedure, statutes, and the like.

However, as the Federal Rules of Civil Procedure and statutes employed by administrative judges were not in effect at the time the 7th Amendment was adopted, they are not in line with our nation's history and are wholly inapplicable within suits at common-law. *(New York State Rifle & Pistol Association v. Bruen)*.

Furthermore, the 7th Amendment to the Bill of Rights guarantees the right of a jury trial in suits at common-law, and controlling authorities mandate that a jury must be presented with all the evidence in order to **"find the facts."** *(SEC V. Jarkesy; 7th Amendment to the Bill of Rights)*.

Be advised, the entertainment of pretrial motions and Magistrate recommendations, and the granting thereof by any judge, would establish an impeachable offense and the triable allegation of treason for willingly aiding, supporting, defending, and employing a system of administrative procedures that wars against the Bill of Rights and circumvents the inalienable rights of the American people.

Let it be known and understood that NO CONSENT is given by me for this suit being moved under administrative jurisdiction, assigned to a Magistrate Judge (or any other non-Article III official), and no inference by unconscionable act(s), omission(s), tacit agreement(s), or acquiescence will be deemed as justification for the court to overshadow my clear and unambiguous declaration of NO CONSENT.

It is clearly stated that this is a Suit at Common-Law with a common-law jury demand. Therefore, no motion(s), report(s), and/or recommendation(s) based on civil procedures, statutes, or district court decisions will be acknowledged by me. As such, my nonresponse thereto may in no way infer my acquiescence to said motion(s), report(s), and/or recommendation(s) as it is not possible to acquiesce into terms that have no standing, no jurisdiction, and are wholly inapplicable with no lawful force and effect.

WHEREFORE, demand is made to assign this suit at common-law to an Article III judge who will, without undue delay, set the matter for trial to be held on the earliest possible day and time.

### 9. Damages Sought

Upon finding that the allegations named herein are established as truth and facts, I am seeking the following damages.

> **$1,400,000** (one million four hundred thousand dollars), plus costs, in addition to any other damages or sanctions deemed appropriate by a jury upon the finding of other facts.

Sealed this  11TH  day of  April   in the year of our Lord 2025.

*Lionel Castaneda Jr.* (signature)
Lionel Castaneda Jr.
24675 Via Vista Road
Apple Valley, California 92307

I hereby affirm that a copy of the foregoing was sent to:

Josie Gonzales
222 West Hospitality Lane
San Bernardino, CA 92415

*Lionel Castaneda Jr.* (signature)
Lionel Castaneda Jr.